**Order entered July 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01430-CR**
**No. 05-12-01603-CR**

**NAKIA LASHUAN FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81048-2008, 416-81072-2012**

## ORDER

Appellant's counsel filed a single brief for both of these appeals.  In the prayer for relief as to cause no. 05-12-01603-CR, appellant sought additional back time credit. As to cause no. 05-12-01430-CR, counsel purported to file an *Anders* brief.  However, all of the *Anders* analysis was related to trial court no. 416-81072-2012, which is the appeal docketed as cause no. 05-12-01603-CR.  Moreover, the record for cause no. 05-12-01430-CR reflects that appellant originally pleaded guilty and received community supervision in 2008 and that the conditions of appellant's community supervision were amended on at least two occasions in 2009. The Court has not received the reporter's record from the original plea hearing or any modification hearings.  Thus, we conclude appellant's brief does not comply with the requirements of *Anders*

*v. California* or Texas Rule of Appellate Procedure 38.1. Accordingly, we **STRIKE** the appellant's brief filed on July 2, 2013.

We **ORDER** Susan Maienschein, as official court reporter of the 416th Judicial District Court, within **THIRTY DAYS** of the date of this order, to file or coordinate the filing of, either: the reporter's record of the June 19, 2008 guilty plea hearing and any hearings on the modifications of appellant's community supervision; or (2) written verification that the June 19, 2008 hearing and/or any modification hearings were not recorded.

We **ORDER** appellant to file, within **SIXTY DAYS** of this order, new briefs that either raise issues on the merits or comply with the requirements of *Anders v. California*. Moreover, if counsel intends to file an *Anders* brief for one case and a brief on the merits for the other case, then counsel shall file separate briefs for the cases.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Susan Maienschein, official court reporter, 416th Judicial District Court, and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE